United States Bankruptcy Court for the
District of Arizona

IN RE:

Eustace Edwin & Susan Elizabeth Polanski

Case No. 4-12-bk-01229-BMW

Judge Brenda Moody Whinery

Debtor(s)

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $2,187.61 was issued by the trustee to Monroe Bank & Trust, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Monroe Bank & Trust. Monroe Bank & Trust's current address is 102 E. Front Street, Monroe, MI 48161.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the District of Arizona has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Monroe Bank & Trust, creditor, hereby petitions the Court for $2,187.61, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Monroe Bank & Trust c/o Dilks & Knopik, LLC, applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

Respectfully Submitted:

Dated: February 9, 2016

Brian J. Dilks
Dilks & Knopik, LLC

On 2/9/2016 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Monroe Bank & Trust is legally entitled to the unclaimed funds referenced in this application. I am familiar with State of Arizona requirements for acting in the capacity of Attorney in Fact.

Dated February 9, 2016

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Monroe Bank & Trust

On 2/9/2016 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington



United States Bankruptcy Court for the
District of Arizona

IN RE:

Eustace Edwin & Susan Elizabeth Polanski

Case No. 4-12-bk-01229-BMW

Judge Brenda Moody Whinery

Debtor(s) /

## NOTICE OF SERVICE

## OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given that on February 9, 2016 a copy of the Application for Payment of Unclaimed Funds was mailed to the United States Attorney for the District of Arizona, 2 Renaissance Square40 N. Central Ave., Suite 1200, Phoenix, AZ 85004 by:

Dated: February 9, 2016

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Monroe Bank & Trust

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

RE: Eustace Edwin & Susan Elizabeth Polanski

Debtor(s)

Case: 4-12-bk-01229-BMW

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Monroe Bank & Trust** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,187.61** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X Rick E. Kinsey
Rick E. Kinsey
Vice President

Date: January 27, 2016

Tax ID # 38-0847680

**MBT**
Monroe Bank & Trust

Rick E. Kinsey
*Vice President*
*Liquidation Specialist*

102 E. FRONT ST., MONROE, MI 48161
PHONE: (734) 242-3637    FAX: (734) 384-8234
EMAIL: rick.kinsey@mbandt.com
www.MBandT.com

ACKNOWLEDGMENT

STATE OF Michigan )          COUNTY OF Monroe )

On this 27th day of January, 2016, before me, the undersigned Notary Public in and for the said County and State, personally appeared Rick E. Kinsey, Vice President of Monroe Bank & Trust, known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Maria C. Towne
             Maria C. Towne
Residing at Monroe County, MI
My Commission expires 6-10-19

[Notary Seal: MARIA C. TOWNE, NOTARY PUBLIC, MONROE COUNTY, MI]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

RE: )  Case: 4-12-bk-01229-BMW
)
Eustace Edwin & Susan Elizabeth Polanski )
)  **STATEMENT OF AUTHORITY**
)
Debtor(s) )

The undersigned being first duly sworn and states that Rick E. Kinsey is the Vice President of Monroe Bank & Trust. Rick E. Kinsey is authorized to execute and deliver all documents pertaining to the recovery of Unclaimed, Lost or Abandoned Property owing to Monroe Bank & Trust or its subsidiaries. I further acknowledge that an Application for Unclaimed Funds will be or has been submitted c/o Dilks & Knopik, LLC to the above bankruptcy court to release funds owing to Monroe Bank & Trust.

By: _[signature]_  Dated: 1/27/16

Print Name: MICHAEL W. IRVIN  Title: SVP Special Assets Group

102 E. Front Street
Monroe, MI 48161
734-242-3637

STATE OF Michigan, COUNTY OF Monroe

On January 27, 2016 before me, personally appeared Michael W. Irvin personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_[signature]_ Maria C. Towne
Notary Public  Maria C. Towne

(SEAL)

My commission expires on 6-10-19

(Notary seal: MARIA C. TOWNE, NOTARY PUBLIC, MONROE COUNTY, MI)



## MONROE BANK & TRUST MEMO

**TO:** Susan J. Mehregan, Deputy General Counsel

**FROM:** Tom Myers

**DATE:** January 30, 2013

**SUBJECT:** Signing Authority

---

Pursuant to the Fourteenth Resolution of the Operating Resolutions of Monroe Bank & Trust, I hereby designate and empower Michael W. Irvin, Aaron N. Mason, Rick E. Kinsey, John L. Baldwin and Victor Proffitt, each individually, to execute deeds, closing statement and other documents incident to and necessary for the sale of property owned by Monroe Bank & Trust.

_____  January 30, 2013
Thomas G. Myers, EVP, Chief Lending Manager   Date

I, Susan J. Mehregan, Vice President, Deputy General Counsel of Monroe Bank & Trust, a Michigan banking corporation, certify that the above is a copy of the designation on file as said Deputy General Counsel.

_____
Susan J. Mehregan
Vice President
Deputy General Counsel

AUTHORITY TO SIGN
CASE # 12-01229-BMW

# OPERATING RESOLUTION
## MBT Financial Corp.
## Monroe Bank & Trust

**RESOLVED**, Fourteenth, That the <u>President & CEO</u> or <u>any Executive Vice President</u> are hereby jointly and severally empowered to execute documents related to the real and personal assets of Monroe Bank & Trust including, by way of illustration and not of limitation, bills of sale, deeds, closing documents, purchase agreements, and loan sale or purchase agreements. The <u>President or an Executive Vice President</u>, in their discretion, <u>may designate specific Officers to execute certain types of documents</u>. Such designation shall be in writing with a copy provided to the Deputy General Counsel, who will maintain a list of the designated exceptions.

**THE UNDERSIGNED:**
Secretary to the Board of Directors of Monroe Bank & Trust, hereby certifies that the foregoing is a true copy of the Operating Resolution and all amendments thereto, and that the said corporation is in good standing under the Laws of the State of Michigan.

**THE UNDERSIGNED:**
Secretary to the Board of Directors of Monroe Bank & Trust, herby certifies that ***Thomas G. Myers*** <u>is an Executive Vice President of Monroe Bank & Trust and has the authority to sign documents on behalf of the bank.</u>

*[signature: Bonnie S. Snyder]*
Bonnie S. Snyder
Secretary to the Board of Directors

February 5, 2014
Date

*[handwritten: AUTHORITY TO SIGN]*